# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0363. CLOVIN MATTOX v. STONEWALL BATTERY TOWNHOUSE CONDOMINIUM ASSOCIATION, INC.

This appeal was docketed by this Court on September 27, 2023, and Appellant's brief and enumeration of errors were due on October 17, 2023. Appellant did not file a brief and did not request an extension of time in which to do so. Appellant was then ordered by this Court to file his brief with a due date of November 9, 2023. On November 14, 2023, Appellant, proceeding pro se, requested an extension of time for the purpose of obtaining counsel. This Court granted his motion for extension and gave a due date of December 4, 2023. As of December 15, 2023, no entry of counsel on behalf of Appellant has been filed, Appellant has failed to file his brief and enumerations of errors, and Appellee has filed a motion to dismiss. We hereby GRANT Appellee's motion to dismiss for failure to file pursuant to Court of Appeals Rules 13, 16 (b), and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/18/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

, *Clerk.*